108 A.3d 1275

IN THE MATTER OF DOUGLAS R. ARNTSEN, AN ATTORNEY
AT LAW (ATTORNEY NO. 017742002).

March 6, 2015.

## ORDER

The Disciplinary Review Board having filed with the Court its
decision in DRB 14–185, recommending that as a matter of final
discipline pursuant to *Rule* 1:20–13(c), **DOUGLAS R. ARNTSEN,**
formerly of **NEW YORK, NEW YORK,** who was admitted to the
bar of this State in 2003, should be disbarred based on respon-
dent's guilty plea in the Supreme Court of New York to three
counts of grand larceny (first degree), in violation of New York
Penal Law § 155.40(2), and one count of scheme to defraud (first
degree), in violation of New York Penal Law § 190.65(1)(b),
conduct that in New Jersey violates *RPC* 1.15(a) (knowing misap-
propriation of funds), and *RPC* 8.4(c) (conduct involving dishones-
ty, fraud, deceit or misrepresentation), and the principles of *In re
Wilson,* 81 *N.J.* 451, 409 *A.*2d 1153 (1979) and *In re Hollendonner,*
102 *N.J.* 21, 504 *A.*2d 1174 (1985);

And **DOUGLAS R. ARNTSEN** having failed to appear on the
order directing him to show cause why he should not be disbarred
or otherwise disciplined, and good cause appearing;

It is ORDERED that **DOUGLAS R. ARNTSEN** be disbarred,
effective immediately, and that his name be stricken from the roll
of attorneys;

ORDERED that **DOUGLAS R. ARNTSEN** be and hereby is
permanently restrained and enjoined from practicing law; and it
is further

ORDERED that **DOUGLAS R. ARNTSEN** comply with *Rule*
1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.